

FILED
CLERK, U.S. DISTRICT COURT
SEP 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 99-154-CBM |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| SHEMIAH MARKETH CHANDLER ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. CA for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release), and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on new convictions while on S.R., including resisting police officer

1
2
3
4       and/or

5 B.   ( )   The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on: _____
10
11
12
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:   9/12/11
18
19                                   [signature]
20                                   UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28